Curtis Leon TAYLOR, Sr.,
Petitioner–Appellant,

v.

George M. HINKLE, Respondent–
Appellee.

No. 10–7264.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 8, 2011.

Decided: March 21, 2011.

Curtis Leon Taylor, Sr., Appellant Pro
Se. Susan Foster Barr, Office of the At-
torney General of Virginia, Susan Bland
Curwood, Assistant Attorney General,
Richmond, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Curtis Leon Taylor, Sr. seeks to appeal
the magistrate judge's order denying his
Fed.R.Civ.P. 60(b) motion for reconsidera-
tion of the magistrate judge's order deny-
ing relief on his 28 U.S.C. § 2254 (2006)
petition.* The order is not appealable un-
less a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2006); *Reid v. Angelone*, 369
F.3d 363, 369 (4th Cir.2004). A certificate

of appealability will not issue absent "a
substantial showing of the denial of a con-
stitutional right." 28 U.S.C. § 2253(c)(2)
(2006). When the district court denies
relief on the merits, a prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that the district
court's assessment of the constitutional
claims is debatable or wrong. *Slack v.
McDaniel*, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller-
El v. Cockrell*, 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack*, 529 U.S. at 484–85,
120 S.Ct. 1595. We have independently
reviewed the record and conclude that
Taylor has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability, deny leave to proceed in forma
pauperis, and dismiss the appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*

---

* The parties consented to the exercise of juris-
diction by the magistrate judge pursuant to 28
U.S.C. § 636(c) (2006).